UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. JECKER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>CORNWALL SECURITY SERVICES, INC., a California Corporation; BARBARA CORNWALL, an individual; RUSSELL CORNWALL, an individual; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 2:25-cv-08755 WLH (MBKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [15]** |

On November 13, 2025, Plaintiff J. Jecker ("Plaintiff"), filed a Joint Stipulation for Dismissal (the "Stipulation"). The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

    1.    Plaintiff's Third Claim for Relief for Failure to Pay Minimum Wage and/or Overtime under the Fair Labor Standards Act is dismissed without prejudice as to the collective action members;

    2.    Plaintiff's Third Claim for Relief for Failure to Pay Minimum Wage and/or Overtime under the Fair Labor Standards Act is dismissed with prejudice as to Plaintiff's individual claim;

3. The remainder of Plaintiff's claims are dismissed with prejudice; and

4. The Court retains jurisdiction to enforce the parties' settlement agreement dated October 22, 2025.

**IT IS SO ORDERED.**

Dated: November 14, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE